UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

C.A. No. 04-84L

**STATEMENT OF MATERIAL FACTS IN DISPUTE**

Pursuant to Local Rule 12.1(a)(2), Royal Drywall & Construction Co., Inc. ("Royal Drywall") hereby submits this Statement of Material Facts in Dispute.

1. Whether or not O. Ahlborg & Sons, Inc. ("Ahlborg") is responsible to pay the outstanding amounts claimed by the union, based upon the agreement between Robinson and Ahlborg.

2. Whether or not Anthony Dantuono, the business representative for the Local #40 union, was aware that Ahlborg had agreed to pay such expenses and dues directly to the union on behalf of the union plasterers working on the job.

3. Whether or not Anthony Dantuono and/or the union sent invoices for union dues and fees directly to Ahlborg and such invoices were paid directly by Ahlborg in July and September of 2003.

4. Whether or not Ahlborg paid such dues and expenses for the union plasterers on the JPI job in July of 2003 and September of 2003 totaling $140,052.21, and if the claims of Plaintiff credit this amount.

5. Whether or not Ahlborg stopped paying the dues and expenses, including to the Plaintiff, as agreed to in July of 2003.

6. Whether or not Mr. Dantuono kept the union plasterers off the job when he became aware that Ahlborg had stopped paying the union dues and expenses of the workers.

7. Whether or not Mr. Dantuono was aware of the fact that Royal Drywall would not be able to pay the union dues and expenses for the union plasterers on the job because Ahlborg was not paying Royal Drywall for work performed.

8. Why Mr. Dantuono kept the union plasterers on the job knowing that Royal Drywall could not pay the union dues and expenses and that Ahlborg had stopped paying the dues and expenses since September of 2003 (or July of 2003 as claimed by Plaintiff).

9. The substance of the conversations between Mr. DeOliveria and Mr. Dantuono regarding the fact that Ahlborg stopped paying the union dues and expenses and that DeOliveria was unable to do so as Ahlborg was not paying him for work performed.

10. Whether or not Mr. Dantuono continued to allow the union plasterers to work on the job and refused to remove them from the job until January of 2004.

11. Whether or not the union contract is unconscionable or a contract of adhesion.

12. Whether or not the union told DeOliveria that if union dues were not paid, that it would seek interest, penalties and attorneys' fees that add up to over three times the amount of the principal amount owed.

13. Whether or not Mr. Dantuono or any other union representative advised DeOliveria that the union would seek not only the principal amount, but interest, penalties and attorneys' fees that would add up to over three times the principal amount owed as a result of Ahlborg's failure to pay the union dues.

14. Whether or not the union mitigated its damages and the impact of that failure on the computation of damages.

15. Whether or not Plaintiff is entitled to penalties, costs and attorney's fees.

ROYAL DRYWALL & CONSTRUCTION CO, INC.

By Its Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: July 26, 2005

**CERTIFICATION**

I hereby certify that on this 26th day of July, 2005, I caused a true copy of the within Statement of Material Facts in Dispute to be mailed to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Merida Dooris