JUL 22 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

C.A. No. 04-84L

## STIPULATION

The parties hereby stipulate that Defendant and Third Party Plaintiff, Royal Drywall & Construction Co., Inc., shall have up to and including Tuesday, July 26, 2005, in which to file its Objection to Plaintiff's Motion for Summary Judgment.

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/05

Defendant and Third Party Plaintiff,
Royal Drywall & Construction Co., Inc.

By its Attorney,

Linn F. Freedman, Esq. (#4778)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: (401) 454-1108

Dated: July 21 2005

Plaintiffs,
Plasterers and Cement Masons Local 40
Pension Fund, et al
By their Attorney,

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel.: (401) 294-4700

Dated: July 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I caused a true copy of the within Stipulation to be mailed to the following:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903