# United States District Court

DISTRICT OF

[illegible] 40

v.

Royal Drywall, Inc.

v.

D. Ahlborg & Sons, Inc.

APPEARANCE

CASE NUMBER: 04-84L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Royal Drywall

9/21/05
*Date*

[signature]
*Signature*

Ian C. Ridlon, Esq.
*Print Name*

Nixon Peabody LLP
*Address*
One Citizens Plaza, Suite 500

Providence, RI 02903
*City* *State* *Zip Code*

(401) 454-1043
*Phone Number*