**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND; *et al.*, Plaintiffs,<br><br>v.<br><br>ROYAL DRYWALL & CONSTRUCTION CO., INC., Defendant. | ) | C.A. No. 04–84 L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC., Third-Party Plaintiff,<br><br>v.<br><br>O. AHLBORG & SONS, INC., Third-Party Defendant. | ) | |

**ENTRY OF APPEARANCE**

The undersigned, Scott K. Pomeroy, Esq., hereby enters his appearance on behalf of Third-Party Defendant O. Ahlborg & Sons, Inc. in this matter.

Respectfully submitted,

Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Tel: (401)272-8080
Fax: (401)521-3555