**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-84L** **September 21, 2005**

**TITLE:**

**RI Plasterers and Cement Masons Local 40 Pension Fund** v.

**Royal Drywall & Construction Co., Inc**

**SENIOR DISTRICT JUDGE: Ronald R. Lagueux**

**COURTROOM CLERK: Barbara J. Gilfillan**

**COURT REPORTER: Joseph Fontes**

**INTERPRETER: n/a**

---

**COUNSEL PRESENT:** **Plaintiff/Government - Elizabeth Wiens**
**Defendant - Ian Ridlan**
**3rd Pty Defendant - Scott Pomeroy**

**RE**: Plaintiff's Motion for summary judgment; arguments heard; motion denied; Mr. Ridlan to prepare Order