UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**ORDER**

This matter came to be heard before this Honorable Court on September 21, 2005 on Plaintiffs' Motion for Summary Judgment. After considering the memoranda filed by the parties, as well as consideration of oral arguments, it is hereby ordered, adjudged and decreed that the Plaintiffs' Motion for Summary Judgment is denied.

Entered this 25 day of Oct, 2005.

Enter:
Ronald R. Lagueux
~~Justice~~ Ronald R. Lagueux
Sr. USDJ
10/25/05

3 J Griffin
Clerk

Presented By:

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: October 21, 2005

**CERTIFICATION**

I hereby certify that on this 21st day of October, 2005, I caused a true copy of the within Order to be mailed to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903