UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**MOTION TO CONTINUE TRIAL DATE**

Now comes Defendant and Third Party Plaintiff, Royal Drywall & Construction Co., Inc., and hereby requests that the current trial date of March 7, 2006 be continued for 60 days in order to allow settlement discussions between the parties to continue.

The reasons for the Motion are outlined in the attached Memorandum of Law In Support of Motion to Continue Trial Date.

Respectfully submitted,
ROYAL DRYWALL &
CONSTRUCTION CO., INC.,
By their Attorneys,

Linn F. Freedman (SDZ #4562)

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: February 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, I mailed a true copy of the within Motion to Continue Trial Date to:

Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, Plaintiffs, | |
| v. | C.A. No. 04-84L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. Defendant | |
| v. | |
| O. AHLBORG & SONS, INC. Third Party Defendant | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

Defendant, Royal Drywall & Construction Co., Inc. ("Royal Drywall") respectfully requests that this Honorable Court continue the currently scheduled trial date of March 7, 2006. The reasons for this request are set forth below.

This matter is currently scheduled for trial on March 7, 2006. The parties are currently in settlement discussions overseen by Magistrate Judge Jacob Hagopian. The parties are currently scheduled to meet with Magistrate Judge Hagopian in the very near future to continue settlement discussions. Accordingly, Royal Drywall requests that this Honorable Court continue the currently scheduled trial date in order for settlement discussion to continue.

Respectfully submitted,
ROYAL DRYWALL &
CONSTRUCTION CO., INC.,
By their Attorneys,

Linn F. Freedman (SDZ #4562)

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: February 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of February, 2006, I mailed a true copy of the within Memorandum of Law in Support of Motion to Continue Trial Date to:

Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852