**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.

Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.

Defendant.

**PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER AND EXTEND TIME FOR TRIAL**

Plaintiffs Plasterers and Cement Masons Local 40 Pension Fund, et. al. hereby move this Court for an order enlarging the period for submission of pretrial memorandums and postponing the trial in this matter. In support of their request, Plaintiffs state that Plaintiffs, Defendant, and third-party Defendant O. Ahlborg have recently agreed, upon the recommendation of Magistrate Judge Hagopian, to engage in global settlement discussions with each other and the Laborers' Benefit Funds, (pending the agreement of the Laborers' Benefit Funds). The Laborers' Benefit Funds are plaintiffs in a related case against Royal Drywall, with O. Ahlborg as third-party defendant. See C.A. No. 04-267ML.

Plaintiffs request that the pre-trial memorandum deadline be extended thirty days, to March 24, 2006. Plaintiffs further request that trial in this matter be postponed thirty days, to April 7, 2006.

Respectfully Submitted
PLAINTIFFS
By their Attorney,

Elizabeth Wiens #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
Tel (401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that on the 22 day of February, 2006, I mailed a true copy of the within document, postage pre-paid, to:

Linn F. Freedman, Esq.
Nixon Peabody LLP
1 Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

John Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903