UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v.                                        C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**MOTION TO CONTINUE TRIAL DATE**

Now comes Defendant and Third Party Plaintiff, Royal Drywall & Construction Co., Inc., and hereby requests that the current trial date of March 7, 2006 be continued for 60 days in order to allow settlement discussions between the parties to continue.

The reasons for the Motion are outlined in the attached Memorandum of Law In Support of Motion to Continue Trial Date.

Granted: Ronald R. Lagueux
Sr. USDJ
2/28/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.

Plaintiffs,

v.

ROYAL DRYWALL & CONSTRUCTION CO., INC.

Defendant.

C.A. No. 04-84L

**PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER AND EXTEND TIME FOR TRIAL**

Plaintiffs Plasterers and Cement Masons Local 40 Pension Fund, et. al. hereby move this Court for an order enlarging the period for submission of pretrial memorandums and postponing the trial in this matter. In support of their request, Plaintiffs state that Plaintiffs, Defendant, and third-party Defendant O. Ahlborg have recently agreed, upon the recommendation of Magistrate Judge Hagopian, to engage in global settlement discussions with each other and the Laborers' Benefit Funds, (pending the agreement of the Laborers' Benefit Funds). The Laborers' Benefit Funds are plaintiffs in a related case against Royal Drywall, with O. Ahlborg as third-party defendant. See C.A. No. 04-267ML.

Plaintiffs request that the pre-trial memorandum deadline be extended thirty days, to March 24, 2006. Plaintiffs further request that trial in this matter be postponed thirty days, to April 7, 2006.

Granted: Ronald R. Lagueux
SJ USDJ 2/28/06