UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**MOTION IN LIMINE TO STRIKE WITNESS TESTIMONY**

Defendant Royal Drywall & Construction Co., Inc. ("Royal Drywall") hereby moves to strike the testimony of Donald Lavin. The reasons for the Motion are fully set forth in the attached Memorandum in Support of Motion to Strike.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By Its Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: June 20, 2006

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2006, I caused a true copy of the within Motion in Limine to be mailed to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**MEMORANDUM IN SUPPORT OF**
**MOTION IN LIMINE TO STRIKE WITNESS TESTIMONY**

Defendant Royal Drywall & Construction Co., Inc. ("Royal Drywall") hereby moves to strike the testimony of Donald Lavin for the reasons set forth below.

The trial of this matter (between Plaintiffs and Royal Drywall)[1] has been rescheduled to July 18, 2006. Pursuant to the Amended Pretrial Order of this Court dated March 1, 2006, this Court ordered that pretrial discovery was closed and that Pretrial Memoranda were due to the Court by May 5, 2006. Both Plaintiff and Defendant provided Pretrial Memoranda to the Court at that time.

---

[1] The Third Party claim against O. Ahlborg & Sons, Inc. has been stayed pending arbitration.

On June 21, 2006, Plaintiffs filed an Amended Pretrial Memorandum listing a previously unidentified witness for trial – Donald Lavin. Mr. Lavin was never identified as a witness prior to this time nor during pretrial discovery. Defendant never had an opportunity to depose Mr. Lavin concerning his trial testimony, nor to even obtain information concerning the content of his testimony via Answers to Interrogatories prior to closure of discovery. Accordingly, to allow Mr. Lavin to testify at trial would be prejudicial to the Defendant.

Plaintiff failed to list Mr. Lavin as a witness during pretrial discovery and prior to the discovery closure. In addition, Plaintiff failed to identify Mr. Lavin as a witness in its originally filed Pretrial Memorandum. Accordingly, Defendant has never had an opportunity to explore or discover Mr. Lavin's expected testimony through written discovery or deposition. In addition, even in the Amended Pretrial Memorandum, counsel's recitation of his expected testimony is vague at best.

Allowing Mr. Lavin to testify at the trial will be trial by ambush against the Defendant, and in violation of this Court's Pretrial Order. Accordingly, the Defendant respectfully requests that the Court grant its Motion to Strike the Testimony of Mr. Lavin.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By Its Attorneys,

Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: June 27, 2006

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2006, I caused a true copy of the within Memorandum in Support of Motion in Limine to be mailed to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903