AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Plasterers and Cement Masons Local 40 Pension Fund, et als
V.
Royal Drywall & Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-84L

TO: Glenn Ahlborg
60 Lakeview Drive
Providence, RI 02910

X YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court, Federal Building and Courthouse, Courtroom 4, One Exchange Terrace, Providence, RI 02903 | 4 |
| | DATE AND TIME<br>7/18/06 10:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Linn F. Freedman | 6/23/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linn F. Freedman, Esq. (#4778), Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (401) 454-1108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6/26/06 | 60 Lakeview Dr. Prov. R.I |

| | |
|---|---|
| Glenn Ahlborg | in hand |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| Michael F. Teliercio | Constable #6109 |
| SERVED BY (PRINT NAME) | TITLE (disinterested party) |

## DECLARATION OF SERVER

Fees $45.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/26/06
DATE

[signature]
SIGNATURE OF SERVER

24 Tome St.
ADDRESS OF SERVER
Cranston R.I.

[signature]