RECEIVED
JUL 18 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL DRYWALL & CONSTRUCTION CO., INC.<br><br>Defendant. | C.A. No. 04-84L |

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED:

Judgment is entered in favor of the Plaintiffs Plasterers and Cement Masons Local 40, et. al. and against Defendant Royal Drywall & Construction Co., Inc. in the amount of $110,000.00.

Plaintiffs,
Plasterers' Local 40, et. al.,
By their Attorney,

Elizabeth A. Wiens #6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated:

Defendant,
Royal Drywall & Construction Co.
By its Attorney,

Linn F. Freedman # 4778
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 4541030

Dated: 7/17/06

ORDERED BY THE COURT

Ronald R. Lagueux

RONALD R. LAGUEUX
United States District Judge

Dated: 7/20/06

CERTIFICATION

I hereby certify that on the 18th day of July 2006, I mailed a true copy of the within document, postage pre-paid, to:

John Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Meride Dooris