**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL DRYWALL & CONSTRUCTION CO., INC.<br><br>Defendant. | : | C.A. No. 04-84L |

**PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, and move that PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL. be permitted to attach the goods and chattels and real estate of ROYAL DRYWALL AND CONSTRUCTION CO, INC. and also to attach the personal estate of ROYAL DRYWALL AND CONSTRUCTION CO, INC. in the hands or possession of O. AHLBORG AND SONS, including any amounts O. AHLBORG AND SONS owes to ROYAL DRYWALL AND CONSTRUCTION CO, INC. as alleged in ROYAL DRYWALL AND CONSTRUCTION CO, INC. third party Complaint in C.A. No. 04-84L, and also to attach its stock or shares in any banking association or incorporated company to the value of $110,000.00.

As reason therefore, Plaintiffs' attorney offers the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: January 30, 2007

CERTIFICATION

I hereby certify that on the 30th day of January, 2007, I caused a true copy of the within Motion to Attach to be filed electronically with the Court and served electronically on the following parties of record. The document is available for viewing and downloading with the ECF system.

Linn F. Freedman, Esq.
Nixon Peabody LLP
1 Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Elizabeth Wiens

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL DRYWALL & CONSTRUCTION CO., INC.<br><br>Defendant. | C.A. No. 04-84L |

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, Elizabeth A. Wiens, and under oath state as follows:

1. I, Elizabeth A. Wiens, am attorney for Plaintiffs in the above-entitled matter.

2. Royal Drywall is indebted to Plaintiffs in the amount of $110,000.00, as evidenced by Plaintiffs' Judgment against Royal Drywall, attached hereto as Exhibit 1.

3. Plaintiffs have received no payments in satisfaction of the aforementioned judgment.

4. Defendant filed a counterclaim against O. Ahlborg, the third-party defendant in this case, seeking, *inter alia*, indemnification from O. Ahlborg for amounts Royal Drywall owes to Plaintiffs. Upon information and belief, the case is still pending before this Court.

5. Plaintiffs seek to attach/garnish any amounts Royal Drywall receives from O. Ahlborg.

Elizabeth A. Wiens, Esq.

Subscribed and sworn to before me on this 30th day of January 2007 at North Kingstown, Rhode Island.

Kathleen Sullivan
Notary Public
My commission expires: 4/25/09

RECEIVED
JUL 18 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET. AL.

Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.

Defendant.

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED:

Judgment is entered in favor of the Plaintiffs Plasterers and Cement Masons Local 40, et. al. and against Defendant Royal Drywall & Construction Co., Inc. in the amount of $110,000.00.

Plaintiffs,
Plasterers' Local 40, et. al.,
By their Attorney,

Elizabeth A. Wiens #6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated:

Defendant,
Royal Drywall & Construction Co.
By its Attorney,

Linn F. Freedman # 4778
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 4541030

Dated: 7/17/06

ORDERED BY THE COURT

RONALD R. LAGUEUX
United States District Judge

Dated: 7/20/06

CERTIFICATION

I hereby certify that on the 18th day of July 2006, I mailed a true copy of the within document, postage pre-paid, to:

John Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903