UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, Plaintiffs, | |
| v. | C.A. No. 04-84L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. Defendant | |
| v. | |
| O. AHLBORG & SONS, INC. Third Party Defendant | |

**OBJECTION TO PLAINTIFF'S MOTION TO ATTACH**

Defendant Royal Drywall & Construction Co., Inc. ("Royal Drywall") hereby objects to the Plaintiff's Motion to Attach. The reasons for the Objection are fully set forth in the attached Memorandum in Support of Objection to Plaintiff's Motion to Attach.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By Its Attorneys,

/s/ Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
lfreedman@nixonpeabody.com

Date: February 8, 2007

10299671.1

## CERTIFICATION

I hereby certify that on the 8th of February, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Linn F. Freedman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO ATTACH**

Defendant Royal Drywall & Construction Co., Inc. ("Royal Drywall") hereby objects to the Plaintiff's Motion to Attach for the reasons set forth below.

Royal Drywall reminds the Court that this case was closed on July 20, 2006. There has been no further activity in the case since that time.

Royal Drywall, a Massachusetts corporation, is no longer in operation. It has no "goods and chattels and real estate" to attach as requested by the Plaintiff's Motion to Attach. Further, Royal Drywall has no stock or shares in any banking association or incorporated company.

Further, Royal Drywall has not received any proceeds from O. Ahlborg as a result of its Third Party Complaint against O. Ahlborg & Sons. (See Exhibit "A" Affidavit of Anthony DeOliveira.)

Therefore, there is nothing to attach and the motion should be denied as it is moot.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By Its Attorneys,

/s/ Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
lfreedman@nixonpeabody.com

Date: February 8, 2007

## CERTIFICATION

I hereby certify that on the 8th of February, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Linn F. Freedman

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, Plaintiffs, | |
| v. | C.A. No. 04-84L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. Defendant | |
| v. | |
| O. AHLBORG & SONS, INC. Third Party Defendant | |

**AFFIDAVIT OF ANTHONY DEOLIVEIRA**

Before me personally came and appeared Anthony DeOliveira who stated of his own personal knowledge the following:

1. I am of the full age of majority and a resident of the Commonwealth of Massachusetts.

2. I was the owner of Royal Drywall & Construction Co., Inc. (Royal Drywall).

3. Royal Drywall is no longer in business because the job that is the subject matter of this litigation put Royal Drywall out of business.

4. Royal Drywall has no assets. It has no real estate, stock, shares or bank accounts.

5. Royal Drywall has obligations outside any assets that it may have had. These liabilities and obligations include state and federal taxes of over $100,000.00, legal fees to Nixon Peabody of over $40,000.00 and the outstanding judgment against it in this matter.

6. Due to the outstanding liabilities to the federal and state authorities for taxes, a tax lien has been placed on my home.

Anthony DeOliveira

Date: February 8, 2007

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn to and subscribed before me notary public, this 8th day of February, 2007.

Notary Public
My Commission Expires: 12/31/08