UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, Plaintiffs, | |
| v. | C.A. No. 04-84L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. Defendant | |
| v. | |
| O. AHLBORG & SONS, INC. Third Party Defendant | |

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner hereby enters an appearance on behalf of Defendant, Royal Drywall & Construction Co., Inc.

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By Its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1042
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Date: March 1, 2007

**CERTIFICATION**

I hereby certify that on the 1st day of March, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Jeffrey S. Brenner