UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, Plaintiffs, | : | |
| v. | : | C.A. No. 04-84L |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. Defendant | : | |
| v. | : | |
| O. AHLBORG & SONS, INC. Third Party Defendant | : | |

**OBJECTION TO ORDER**

Defendant Royal Drywall & Construction Co., Inc. objects to the Order submitted by Plaintiffs concerning Plaintiffs' Motion to Attach, because it does not accurately reflect the decision of the Court as explained during the hearing.

Specifically, Plaintiffs' Motion to Attach requested a permanent, perpetual attachment. As explained by the Court during the hearing, Third Party Defendant does not currently have any assets or funds belonging to Defendant. Therefore, there is nothing to attach. Although the Court allowed Plaintiffs to attach assets and funds of Defendant in the possession of Third Party Defendant, the attachment is not permanently or perpetual. Accordingly, given the relief sought in Plaintiffs' Motion to Attach, Plaintiffs' Order is overly simplistic and should not be entered.

Additionally, Plaintiffs did not present a draft Order to counsel for Defendant. If this had been done, this issue probably would have been avoided.

Defendant,
Royal Drywall & Construction Co., Inc.,
By Its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1042
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Date: March 8, 2007

## CERTIFICATION

I hereby certify that on the 8th day of March, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Jeffrey S. Brenner