UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, AND DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs

v. C.A. No. 04-84L

ROYAL DRYWALL & CONSTRUCTION CO., INC.
Defendant

v.

O. AHLBORG & SONS, INC.
Third Party Defendant

**ORDER**

This case was heard by Judge Lagueux on March 1, 2007, on Plaintiffs' Motion to Attach. After hearing thereon, it is hereby

ORDERED

1. That for the reasons set forth during the hearing, Plaintiffs' Motion to Attach is Granted in Part as explained below.

2. Plaintiffs may attach the assets and funds of Defendant in possession of Third Party Defendant through the procedural process authorized by the Rules of Civil Procedure, but the attachment is not permanent or perpetual as requested in the Motion.

ENTER

Ronald R. Lagueux
Ronald R. Lagueux, Senior Judge
United States District Court
3/19/07

BY ORDER

[signature]
Clerk
Dated: 3-20-07

10338869.1